PHILLIP A. TALBERT
United States Attorney
NICOLE VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DORNELL ELLIS,<br><br>Defendant. | CASE NO. 2:24-cr-00082-JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER**<br><br>DATE: October 8, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Dornell Ellis, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on October 8, 2024.

2. By this stipulation, the parties now move to continue the admit/deny hearing until **October 22, 2024, at 09:00 a.m.**

3. The assigned probation officer has informed the parties that he is unavailable on October 8, 2024, and requests a different date.

4. Neither counsel for defendant nor the attorney for the government oppose the requested continuance.

IT IS SO STIPULATED.

STIPULATION RE CONTINUANCE OF ADMIT/DENY HEARING

1

Case 2:24-cr-00082-JAM   Document 11   Filed 09/20/24   Page 2 of 2

| | |
|---|---|
| Dated: January 17, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ NICOLE VANEK<br>NICOLE VANEK<br>Assistant United States Attorney |
| Dated: December 7, 2023 | /s/ MEGHAN McLOUGHLIN<br>MEGHAN McLOUGHLIN<br>Counsel for Defendant<br>DORNELL ELLIS |

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 20, 2024        /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE OF ADMIT/DENY HEARING        2